No. 337, Misc. FORAN v. MAXWELL, WARDEN. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied. Petitioner *pro se.* *Mark McElroy,* Attorney General of Ohio, and *John J. Connors, Jr.,* Assistant Attorney General, for respondent.

No. 414. SHENKER v. BALTIMORE & OHIO RAILROAD Co. C. A. 3d Cir. Certiorari granted. *Charles Alan Wright* and *John Ruffalo* for petitioner. *H. Fred Mercer* for respondent.

No. 404. NATIONAL LABOR RELATIONS BOARD v. GENERAL MOTORS CORP. Motion of American Federation of Labor and Congress of Industrial Organizations for leave to file brief, as *amicus curiae,* granted. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit granted. *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for petitioner. *Aloysius F. Power* and *Harry S. Benjamin, Jr.* for respondent. *J. Albert Woll, Theodore J. St. Antoine* and *Thomas E. Harris* for the American Federation of Labor and Congress of Industrial Organizations, as *amicus curiae,* in support of the petition.

No. 419. LOCAL LODGE No. 1836, DISTRICT 38, INTERNATIONAL ASSOCIATION OF MACHINISTS, AFL–CIO, ET AL. v. LOCAL No. 1505; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL–CIO, ET AL. C. A. 1st Cir. Certiorari granted. The Solicitor General is invited to file a brief setting forth the views of the United States. *Robert M. Segal* and *Plato E. Papps* for petitioners. *Paul F. Hannah* for Raytheon Company, respondent.